Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles and Riverside criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.

FILED
MJ 22-02834
2022 JUL 21 AM 10:19

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | 22-cr-0082TWP MG |
| Kevin Backstrom | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 07/21/2022    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   21USC846 & 21USC841(a)(1)-Conspiracy & Possess with Intent to Distribute;18USC1956(h) Money Laund

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1965

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: duty

10. Remarks (if any): _____

11. Name: SA Ed Angeo   (please print)

12. Office Phone Number: 714-920-9640

13. Agency: HSI

14. Signature: /s/ Ed Angeo

15. Date: 7/21/2022

CR-64 (07/20)   REPORT COMMENCING CRIMINAL ACTION